IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RICHARD JAMES JOHNSON, #1005689, | § § § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 6:24-cv-88-JDK-JDL |
| SHERIFF LARRY R. SMITH, | § § § | |
| Respondent. | § § | |
| RICHARD JAMES JOHNSON, #1005689, | § § § § | |
| Petitioner, | § § § | |
| v. | § § | Case No. 6:24-cv-96-JCB-JDL |
| SHERIFF LARRY R. SMITH, | § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

The Court, having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that this petition for a writ of habeas corpus is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close these consolidated cases.

So **ORDERED** and **SIGNED** this **2nd** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE